## STATE v. LARRY MORGAN AND OTHERS.

178 N. W. (2d) 697.

June 26, 1970—Nos. 42018, 42019, 42020, 42021.

*A. M. Keith* and *Keith & Healy,* for appellants Simonson and Morgan.

*Thomas E. Allen* and *Peterson, Peterson & Peterson,* for appellants Hanson and Horton.

*Douglas M. Head,* Attorney General, and *Darrell C. Hill,* Special Assistant Attorney General, for respondent.

Heard before Knutson, C. J., and Rogosheske, Sheran, Peterson, and Frank T. Gallagher, JJ.

SHERAN, JUSTICE.

In criminal proceedings in the district court the Honorable Daniel F. Foley certified a question of law involved in these cases as important and doubtful, requiring consideration of the problem by this court. Minn. St. 632.10.

The question posed is whether a person can be convicted of violating § 618.02 when found in possession of a quantity of marijuana so minimal in amount as to be unusable.

The answer to the question certified is to be found in our de-

cision of State v. Resnick, 287 Minn. 168, 177 N. W. (2d) 418, where we held that a conviction for violating § 618.02 based upon evidence of possession of a quantity of marijuana so minimal as to be unusable for any purpose having a narcotic effect could not be sustained.

The case is remanded to the district court for further proceedings.

Remanded.